**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date 9/29/2026

Glock, Inc. et al

Vs.

Griffin et al

BKY Appellant

BKY Appellee

BKY case #

Start Time 9:36 AM End Time 10:42 AM

Recess (if more than ½ hr) ________ to ________

Total Time 1 hour(s) 6 minute(s)

Case # 3:26-cv-01525-KAD & 3:26-cv-01528-KAD

Honorable Judge Kari A. Dooley

Deputy Clerk J. Reis

Counsel for Pla(s) Christopher Renzulli, Peter V. Malfa (26cv1525)
Kevin Wynosky, Jennifer Morgan, Julie A. Lavoie (26cv1528)

Counsel for Dft(s) Edward David Rowley and Jacob McChesney (26cv1525 and 26cv1528)

Reporter/Courtsmart Tracy Gow

Interpreter NA

Language NA

Hearing held

☑ in person ☐ by video ☐ by telephone

**HEARING AND TIME**

| | | |
|---|---|---|
| ■ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ■ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: ____________ ____ |

**MOTIONS**

■ Motion for TRO/PI (doc. 3 in 26cv1525 and doc. 4 in 26cv1528) filed by ■ Pla ☐ Dft ☐ granted ☐ denied ■ taken under advisement
☐ Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due ____________ ☐ Proposed Findings due ____________ Response due ____________
☐ Status report due ____________
☐ Hearing continued until ____________ at ____________

**NOTES**

| |
|---|
| |

Rev. 2/11/26