UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLOCK, INC.,<br>*Plaintiff*,<br><br>v.<br><br>PATRICK J. GRIFFIN *et al*,<br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 3:26-CV-01525 (KAD)<br><br><br><br>SEPTEMBER 30, 2026 |
| NATIONAL SHOOTING SPORTS FOUNDATION INC., *et al*,<br>*Plaintiffs*,<br><br>v.<br><br>PATRICK J. GRIFFIN *et al*,<br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 3:26-CV-01528 (KAD)<br><br><br><br><br><br>SEPTEMBER 30, 2026 |

**ORDER**

WHEREAS, the Court has determined that certain portions of Public Act 26-41, H.B. 5043, 2026 Gen. Assemb., Feb. Sess. (Conn. 2026), are likely unconstitutional under the Second Amendment to the United States Constitution; and WHEREAS the Court has granted Plaintiffs' motions for preliminary injunctive relief;

IT IS ORDERED:

Defendants are hereby enjoined from enforcing that portion of the Act that provides:

> (a) Any individual or firm, partnership, corporation, limited liability company, association or other similar entity that knowingly imports into [Connecticut] or knowingly advertises, sells, offers or exposes for sale any convertible pistols, as defined in section 53-202 of the general statutes, as amended by this act, that was manufactured on or after October 1, 2026 shall be guilty of a Class D Felony.

**SO ORDERED** at Bridgeport, Connecticut, this 30th day of September 2026.

*/s/ Kari A. Dooley*
KARI A. DOOLEY
UNITED STATES DISTRICT JUDGE