**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GLOCK, INC., | : | CIVIL NO. 3:26-cv-01525 (KAD) |
| *Plaintiff*, | : | |
| v. | : | |
| PATRICK J. GRIFFIN, in his official capacity as Chief State's Attorney, et al., | : | |
| *Defendants*. | : | OCTOBER 9, 2026 |

**MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendants, who have been sued in the above-captioned case, by and through their attorney, the undersigned, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), respectfully request that the time in which to file a response to Plaintiff's complaint be extended to a date to be determined by the parties and presented to the Court through a joint proposed scheduling order. In support of this motion, counsel represent:

1. Plaintiff Glock, Inc. initiated this action (hereinafter referred to as "Glock matter") by filing a complaint on September 21, 2026. On that date, the plaintiff in the Glock matter also filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

2. Also on September 21, 2026, plaintiffs initiated the lawsuit *National Shooting Sports Foundation, Inc., et al. v. Patrick J. Griffin, et al.*, 3:26-cv-01528 (KAD) (hereinafter referred to as "NSSF matter"). The plaintiffs in the NSSF matter also filed an Emergency Motion for Temporary Restraining Order or Preliminary Injunction.

3. On September 29, 2026, the Court held a hearing on Plaintiff's motion and, thereafter on September 30, 2026, issued an order granting a preliminary injunction.

4. Defendants' response to the complaint is currently due on October 13, 2026, in the NSSF matter and on October 14, 2026, in the Glock matter.

5. The undersigned counsel anticipate conferring with the plaintiffs' counsel in both the NSSF and Glock matters during the week of October 12, 2026, regarding a proposed scheduling order in these matters.

6. Plaintiff consents to this request.

**WHEREFORE,** for all of the reasons stated above, the undersigned, on behalf of Defendants, respectfully request that this Court suspend the current deadline to respond to Plaintiff's complaint and extend the time in which to file a response to the complaint to a date to be determined by the parties and presented to the Court through a joint proposed scheduling order.

Respectfully Submitted,

DEFENDANTS,

WILLIAM TONG
ATTORNEY GENERAL

By: /s/ August L. Pozgay
Edward D. Rowley (ct30701)
Jacob L. McChesney (ct30282)
August L. Pozgay (ct31901)
Assistant Attorneys General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
Jacob.McChesney@ct.gov
August.Pozgay@ct.gov
Edward.Rowley@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591

**CERTIFICATION**

I hereby certify that on October 9, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ August L. Pozgay
August L. Pozgay
Assistant Attorney General